```
Jeffrey E. Essner, Bar No. 121438
jessner@hopkinscarley.com
Erik P. Khoobyarian, Bar No. 226749
ekhoobyarian@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406
```

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiff
KURT D. LLOYD

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| KURT D. LLOYD,<br><br>    Plaintiff,<br><br>    v.<br><br>NICHOLAI BLOKHIN, AVIMOS USA LLC, VAL BOTCHAROV, and DOES 1 - 50, inclusive,<br><br>    Defendants. | CASE NO.  CV11-06219 PSG<br><br>**STIPULATION FOR DISMISSAL**<br>AND ORDER |

IT IS HEREBY STIPULATED by and between the plaintiff KURT D. LLOYD ("Plaintiff") and the Defendants AVIMOS USA LLC and VAL BOTCHAROV that the entire above-captioned action are hereby dismissed with prejudice as to Defendants AVIMOS USA LLC and VAL BOTCHAROV pursuant to Fed. R. Civ. Proc. 41(a)(1); each party to bear its own costs.  Defendant NICHOLAI BLOKHIN has not been served or appeared in the instant action and Plaintiff requests that Defendant NICHOLAI BLOKHIN be dismissed without prejudice. Plaintiff and Defendants AVIMOS USA LLC and VAL BOTCHAROV request that the Court

retain jurisdiction should intervention be required regarding performance under the settlement agreement entered into between them.

Dated: October 18, 2012                HOPKINS & CARLEY
                                       A Law Corporation


                                       By: /S/ Erik P. Khoobyarian
                                       Erik P. Khoobyarian
                                       Attorneys for Plaintiff
                                       KURT D. LLOYD

Dated: October 18, 2012                VALLA & ASSOCIATES, INC.


                                       By: /S/ Michael Purcell
                                       Michael Purcell
                                       Attorneys for Defendants AVIMOS USA LLC
                                       and VAL BOTCHAROV

**ATTESTATION OF ERIK P. KHOOBYARIAN**

I, Erik P. Khoobyarian, am one of the attorneys of record for Plaintiff KURT D. LLOYD. I have obtained concurrence in the filing of this document from Michael Purcell attorney of record for Defendants AVIMOS USA LLC and VAL BOTCHAROV, which shall serve in lieu of his signature on the filed document. I have obtained and will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

Dated: October 18, 2012

                                       By: /S/ Erik P. Khoobyarian
                                       Erik P. Khoobyarian

IT IS SO ORDERED.
Date: November 13, 2012

                                       Honorable Paul S. Grewal
                                       U.S. Magistrate Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

642\929361.1                           - 2 -

STIPULATION FOR DISMISSAL                                        CASE NO. CV11-06219 PSG